UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 3:23-cv-30013

| | |
|---|---|
| SHERRI MARTOWSKI, | ) |
|     Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| TOWN OF WARREN, | ) |
| GERALD MILLETTE, ALEX SINNI, | ) |
| JOHN DOE, and SHAWN MORIN | ) |
|     Defendants | ) |

## <u>NOTICE OF REMOVAL</u>

NOW COME the Defendants, Town of Warren, Gerald Millette, Alex Sinni, and Shawn Morin (collectively, "Petitioners"), by their attorney, and pursuant to 28 U.S.C. § 1441, *et seq*., state as follows:

1. The Petitioners exercise their rights under the provisions of 28 U.S.C. § 1441, *et seq.,* to remove this action from the Superior Court, Department of the Trial Court, Commonwealth of Massachusetts, Hampden County, in which this case is now pending under the name and style: *Sherri Martowski vs. Town of Warren, et al,* Docket No. 2279CV00579.

2. This is an action in which the district courts of the United States have been given original jurisdiction in that it arises under the laws of the United States as provided in 28 U.S.C. § 1331.

658454

3. This action was filed on or about October 17, 2022. The complaint was served on Petitioners on January 17, 2023. In accordance with the requirements of 28 U.S.C. § 1446, this Notice of Removal is filed within thirty (30) days after service of the complaint upon the aforementioned Petitioners.

4. Pursuant to 28 U.S.C. § 1446, the Petitioners are filing contemporaneously with this Notice of Removal copies of the following served upon the Defendants in this action (attached hereto as Exhibit A, Exhibit B, Exhibit C, Exhibit D, Exhibit E, Exhibit F, Exhibit G, and Exhibit H, respectively):

   A. Civil Action Cover Sheet;

   B. Complaint;

   C. Tracking Order;

   D. Notice of Filing First Amended Complaint;

   E. First Amended Complaint;

   F. Summonses;

   G. Motion for Enlargement of Time to Serve Complaint/First Amended Complaint; and

   H. Endorsement regarding Motion for Enlargement of Time to Serve Complaint/First Amended Complaint.

5. Based on the foregoing, the Petitioners respectfully request that this action be removed from the Superior Court, Department of the Trial Court, Commonwealth of Massachusetts, Hampden County, to the United States District Court for the District of Massachusetts, Western Division, the District and Division where the action is pending.

6. Written notice of the filing of this Notice will be given to the adverse party.

7. A copy of this petition will be filed with the clerk of the Superior Court Department, Hampden County.

658454

3

WHEREFORE, the Petitioners respectfully request that this action be removed to this Court and that this Court accept jurisdiction of this action and that this action be placed on the docket of this Court for further proceedings, as though this action had originally been instituted in this Court.

THE DEFENDANTS,
TOWN OF WARREN, GERALD MILLETTE,
ALEX SINNI, and SHAWN MORIN

Dated:  January 31, 2023

By_____/s/ Nancy Frankel Pelletier_____
Nancy Frankel Pelletier, Esq., BBO No. 544402
Robinson Donovan, P.C.
1500 Main Street, Suite 2300
Springfield, Massachusetts 01115
Phone (413) 732-2301; Direct Fax (413) 452-0342
npelletier@robinsondonovan.com

CERTIFICATE OF SERVICE

I, Nancy Frankel Pelletier, Esq., hereby certify that on this 31st day of January, 2023, I served a copy of the above in the action by emailing to counsel:

David A. Mech, Esq.
Law Office Of David A. Mech
1 Crescent Hill
Springfield, MA  01105
gignation@gmail.com

*Signed under the pains and penalties of perjury.*

/s/ Nancy Frankel Pelletier, Esq._____
Nancy Frankel Pelletier

658454