UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Martowski<br>　　　　　Plaintiff(s),<br><br>　　　v.<br><br>Town of Warren, et al<br>　　　　　Defendant(s). | )<br>)<br>)<br>)<br>)　　CIVIL ACTION<br>)　　NO. 3:23-cv-30013-KAR<br>)<br>)<br>)<br>) |

REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

TO:  MAGISTRATE JUDGE KATHERINE A. ROBERTSON

HENNESSY, M.J.

On December 12, 2024, the case came before the Court for a:

_____    EARLY NEUTRAL EVALUATION
__X__  MEDIATION
_____    MINI-TRIAL
_____    SETTLED
_____  SUMMARY JURY TRIAL

The Court reports:

(X)    The case is settled.  Your clerk should enter a __30__ day  order of dismissal.

()        There was progress.

()      The matter is not settled.

()        This case should be restored to your trial list.


 December 12, 2024                                             /s/ David. H. Hennessy
   Date                                                                David H. Hennessy, USMJ