UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SHERRI MARTOWSKI, | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-30013-KAR |
| | ) | |
| TOWN OF WARREN, et. al., | ) | |
| | ) | |
| Defendant(s) | ) | |

SETTLEMENT ORDER OF DISMISSAL

December 13, 2024

ROBERTSON, M.J.

The court, having been advised that the above-entitled action has been resolved.

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Thirty (30) days if resolution is not consummated.

By the Court,

 /s/ Michael Zamorski

Deputy Clerk